IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ABURTO,** | CIV S-06-2446 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | Judge: The Honorable Gregory G. Hollows |
| **ROSANNE CAMPBELL, et al.,** | |
| Respondents. | |

Upon considering respondent's request, and good cause appearing therefore, respondent's response to the application is due on or before February 22, 2007.

Dated: 1/25/07         /s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

ab2446.eot

[Proposed] Order

1