IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ABURTO,** | CIV S-06-2446 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Respondents. | |

Upon considering respondent's request, and good cause appearing therefore, respondent's response to the petition is due on or before March 23, 2007.

Dated: 2/27/07

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

ab2446.eot(2)

1